**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/12/2017

IN RE:

JAMES R. DEANOVICH
ANGELA CORTAZZO DEANOVICH
2521 RIDGE ROAD
FINLEYVILLE, PA 15332
XXX-XX-2103         Debtor(s)

XXX-XX-6187

Case No.13-20452 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/12/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Address | Trustee Claim Number | INT % | Court Claim Number | CRED DESC | ACCOUNT NO. | CLAIM | COMMENT |
|---|---|---|---|---|---|---|---|---|
| **HSBC BANK USA NA - TRUSTEE** | C/O SELECT PORTFOLIO SERVICING INC* PO BOX 65450* SALT LAKE CITY, UT 84115 | 1 | 0.00% | 8 | MORTGAGE REGULAR PAYMEN | 4659 | 10,549.26 | LOAN MDF@CID 39*W/35-36*DK*FR CHASE-D95*FR OCWEN-D105*DKT |
| **WELLS FARGO BANK DBA WELLS FARGO DEAL** | PO BOX 25341 SANTA ANA, CA 92799 | 2 | 10.95% | 4 | VEHICLE | 0948 | 6,548.97 | $@10.95%@K/CL-PL*@LVL 22/CNF |
| **COUNTY OF ALLEGHENY (R/E TAX)*** | %JORDAN TAX SVC-CUR/DLNQ CLCTR POB 200 BETHEL PARK, PA 15102 | 3 | 12.00% | 5-2 | SECURED CREDITOR | 3P75 | 450.65 | C5-2 GOVS*565.57@12%TTL/PL-CL*W/34*AMD*1003-P-75;2012 |
| **PA DEPARTMENT OF REVENUE*** | BUR OF COMPL SECT-DEPT 280946 STRAWBERRY SQ HARRISBURG, PA 17128 | 4 | 0.00% | 2 | PRIORITY CREDITOR | ...2103AN | 107.47 | C2 GOVS*$CL-PL |
| **ADVANCED CALL CENTER TECHNOLOGIES LLC** | POB 9091 JOHNSON CITY, TN 37615 | 5 | 0.00% | | UNSECURED CREDITOR | ...3535 | 0.00 | GE CAP RETAIL BANK |
| **BANK OF AMERICA**** | ATTN FIA CARD SVCS-PMT SVCS 1000 SAMOSET DR NEWARK, DE 19713 | 6 | 0.00% | | UNSECURED CREDITOR | ...1542 | 0.00 | |
| **BANK OF AMERICA**** | ATTN FIA CARD SVCS-PMT SVCS 1000 SAMOSET DR NEWARK, DE 19713 | 7 | 0.00% | | UNSECURED CREDITOR | ? | 0.00 | NO$/SCH |
| **JEFFERSON HILLS BORO - SEWAGE** | C/O PA MUNIC SVC DELQ CLLCTR 336 DELAWARE AVE OAKMONT, PA 15139 | 8 | 10.00% | 11 | SECURED CREDITOR | 062-S021/054 1003P075;11-13 | 1,329.21 | $CL-PL@10%/PL*UNS/SCH |
| **CAPITAL ONE NA**** | C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | 9 | 0.00% | 7 | UNSECURED CREDITOR | 7361 | 84.52 | NO$/SCH*NO ACCT/SCH |
| **CAPITAL ONE(*)** | 6125 LAKEVIEW RD STE 800 CHARLOTTE, NC 28269 | 10 | 0.00% | | UNSECURED CREDITOR | ? | 0.00 | NO$/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMENITY BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH*ANN TAYLOR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH 43054 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GAP/GE MONEY++**<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6069 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,412.44<br>COMMENT: JCPENNEY/GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3535 |
| **LORD & TAYLOR**<br>C/O CBS<br>POB 740933<br>DALLAS, TX 75374 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **GEMB / OLD NAVY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **JAMES R DEANOVICH**<br>1417 MARION DRIVE<br>FINLEYVILLE, PA 15332 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **KOHL'S**<br>POB 2983<br>MILWAUKEE, WI 53201-2983 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7361 |
| **KOHL'S**<br>POB 2983<br>MILWAUKEE, WI 53201-2983 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PA MUNICIPAL SERVICE CO**<br>336 DELAWARE AVENUE<br>OAKMONT, PA 15139 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JEFFERSON HILLS SWG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7054 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** <br> ATTN: BANKRUPTCY DEPARTMENT <br> 225 NORTH SHORE DRIVE STE 300 <br> PITTSBURGH, PA  15212 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...3719 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH  44101 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number:1 <br> CLAIM: 187.23 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3818 |
| **SEARS/CITI CARD USA\*++** <br> BANKRUPTCY DEPT\* <br> POB 182149\* <br> COLUMBUS, OH  43218 | Trustee Claim Number:23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **TALBOTS** <br> 175 BEAL STREET <br> HINGHAM, MA  02043 | Trustee Claim Number:24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number:25  INT %: 0.00% <br> Court Claim Number:3 <br> CLAIM: 521.25 <br> COMMENT: FR TARGET NATL BANK\*DOC 26\*FR TARGET\*DOC 31 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4839 |
| **TARGET NATIONAL BANK** <br> C/O WEINSTEIN AND RILEY PS <br> POB 3978 <br> SEATTLE, WA  98124-3978 | Trustee Claim Number:26  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **THD/CBSD** <br> POB 6497 <br> SIOUX FALLS, SD  57117 | Trustee Claim Number:27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **WEST PENN POWER\*\*** <br> 1310 FAIRMONT AVE <br> FAIRMONT, WV  26554 | Trustee Claim Number:28  INT %: 0.00% <br> Court Claim Number:6 <br> CLAIM: 270.60 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2520 |
| **WORLD FINCL NETWORK NATL BANK/** <br> EXPRESS <br> POB 182124 <br> COLUMBUS, OH  43218-2124 | Trustee Claim Number:29  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **FCNB PREFERRED CHARGE/SPIEGEL\*++** <br> POB 2638\* <br> OMAHA, NE  68103-2638 | Trustee Claim Number:30  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br><br>PITTSBURGH, PA  15233 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EQUITABLE GAS/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:32  INT %:  3.00%<br>Court Claim Number:2<br>CLAIM:  1,360.03<br>COMMENT:  C2 GOVS*$CL-PL@3%@MDF/PL*NO SEC/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: ...2103AN |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  5.10<br>COMMENT:  NO GEN UNS /SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ...2103AN |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:5-2<br>CLAIM:  114.92<br>COMMENT:  C5-2 GOVS*565@12%TTL/PL-CL*NON INT~2012*W/3*AMD*1003-P-75 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3P75 |
| **HSBC BANK USA NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450*<br>SALT LAKE CITY, UT  84115 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  LOAN MDF @CID 39*DK*FR CHASE-DOC 95*FR OCWEN-DOC 105 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  4659 |
| **HSBC BANK USA NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450*<br>SALT LAKE CITY, UT  84115 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  LOAN MDF @CID 39*DK*FR CHASE-DOC 95*FR OCWEN-DOC 105 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  4659 |
| **WEST JEFFERSON HILLS SD & JEFFERSON HLI**<br>C/O PA MUNIC SVC - PRE 2012 YRS**<br>336 DELAWARE AVE<br>OAKMONT, PA  15139 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  4,428.35<br>COMMENT:  C10 GOVS*03-08*4474.37TTL/PL*NT/SCH*W38 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  2103 |
| **WEST JEFFERSON HILLS SD & JEFFERSON HLI**<br>C/O PA MUNIC SVC - PRE 2012 YRS**<br>336 DELAWARE AVE<br>OAKMONT, PA  15139 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  46.02<br>COMMENT:  C10 GOVS*03-08*4474.37TTL/PL*NT/SCH*W37 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: ...6187 |
| **HSBC BANK USA NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450*<br>SALT LAKE CITY, UT  84115 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:08<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*LOAN MDF REC*DKT4PMT-LMT*BG 6/14*W/1-35-36*FR CHASE-D95*FR ( | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  4659 |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br><br>IRVINE, CA  92619-7071 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*NT/SCH*346.95x37+2=LMT*BGN 1/15 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: SELECT PORTFOLIO SVCNG/PRAE | |