**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMES R. DEANOVICH | Case No. 13-20452GLT |
| ANGELA CORTAZZO DEANOVICH | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| PA DEPARTMENT OF REVENUE* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| PA DEPARTMENT OF REVENUE* | Court claim# 2/Trustee CID# 4 |
| BUR OF COMPL SECT-DEPT 280946 | |
| STRAWBERRY SQ | |
| HARRISBURG, PA 17128 | |

The Movant further certifies that on 09/22/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):**<br>JAMES R. DEANOVICH, ANGELA CORTAZZO DEANOVICH, 2521 RIDGE ROAD, FINLEYVILLE, PA 15332 | **DEBTOR'S COUNSEL:**<br>JOAN SHINAVSKI ESQ, MCKAY & ASSOCIATES PC, UNICORN PROFESSIONAL PLAZA, 3755 LIBRARY RD STE 301, PITTSBURGH, PA 15234 |
| **ORIGINAL CREDITOR:**<br>PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA 17128 | **:**<br>COMMONWEALTH OF PENNSYLVANIA, %R EDMUNDSON,SR DEP ATTY GENL, 564 FORBES AVE-4TH FL, PITTSBURGH, PA 15219 |
| **NEW CREDITOR:** | |