# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES R. DEANOVICH
ANGELA CORTAZZO DEANOVICH

Case No. 13-20452GLT

       Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

       Movant
vs.
PA DEPARTMENT OF REVENUE*

Document No __

       Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PA DEPARTMENT OF REVENUE*
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA 17128

Court claim# 2/Trustee CID# 32

The Movant further certifies that on 09/22/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>JAMES R. DEANOVICH, ANGELA CORTAZZO DEANOVICH, 2521 RIDGE ROAD, FINLEYVILLE, PA  15332 | DEBTOR'S COUNSEL:<br>JOAN SHINAVSKI ESQ, MCKAY & ASSOCIATES PC, UNICORN PROFESSIONAL PLAZA, 3755 LIBRARY RD STE 301, PITTSBURGH, PA  15234 |
|---|---|
| ORIGINAL CREDITOR:<br>PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA 17128<br><br>NEW CREDITOR: | |