**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/14/18 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  JAMES R. DEANOVICH
  ANGELA CORTAZZO DEANOVICH
      Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  JAMES R. DEANOVICH
  ANGELA CORTAZZO DEANOVICH

      Respondents

Case No.13-20452GLT

Chapter 13

Related to Dkt. No. 147

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 14th day of March, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

    Msc Industrial Supply
    Attn: Payroll Manager
    Sid Tool Co Inc
    75 Maxess Rd
    Melville,NY 11747

is hereby ordered to immediately terminate the attachment of the wages of JAMES R. DEANOVICH, social security number XXX-XX-2103. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES R. DEANOVICH.

BY THE COURT:

_____
      cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-20452-GLT
James R. Deanovich                                                      Chapter 13
Angela Cortazzo Deanovich
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Mar 14, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.
db/jdb         +James R. Deanovich,    Angela Cortazzo Deanovich,   2521 Ridge Road,
                Finleyville, PA 15332-1513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              James   Warmbrodt    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as trustee for
               First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Joan   Shinavski    on behalf of Joint Debtor Angela Cortazzo Deanovich joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Joan   Shinavski    on behalf of Debtor James R. Deanovich joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as trustee
               for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
               Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC
               seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    HSBC Bank USA, National Association
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                               TOTAL: 13