**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-20452-GLT |
| JAMES R. DEANOVICH | : | CHAPTER 13 |
| ANGELA CORTAZZO DEANOVICH | : | |
| AKA ANGELA MARIE CORTAZZO | : | Document No. |
| Debtors. | : | Related to Document No. |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 7, 2013, at Docket Numbers 38 and 39, the Debtor and the Joint Debtor, respectively, complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: March 19, 2018

*/s/ Joan Shinavski*
Joan Shinavski, Esquire
McKay & Associates, P.C.
PA ID #90978
Unicorn Professional Plaza
3755 Library Road, Suite 301
Pittsburgh, PA 15234
Telephone:   (412) 344-6113
Facsimile:    (412) 344-6114
E-mail:        joan@mckaylaw.com