**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES R. DEANOVICH<br>ANGELA CORTAZZO DEANOVICH<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Repondents. | Case No.:13-20452<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

April 24, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2013 and confirmed on 3/15/13. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,776.61 |
| Less Refunds to Debtor | 2,845.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,930.77 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,875.00 | |
|    Trustee Fee | 3,284.84 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,159.84 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HSBC BANK USA NA - TRUSTEE | 10,549.26 | 10,549.26 | 0.00 | 10,549.26 |
|     Acct: 4659 | | | | |
|   HSBC BANK USA NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4659 | | | | |
|   HSBC BANK USA NA - TRUSTEE | 0.00 | 37,986.95 | 0.00 | 37,986.95 |
|     Acct: 4659 | | | | |
|   HSBC BANK USA NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4659 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 450.65 | 450.65 | 169.94 | 620.59 |
|     Acct: 3P75 | | | | |
|   JEFFERSON HILLS BORO - SEWAGE | 1,329.21 | 1,329.21 | 339.72 | 1,668.93 |
|     Acct: XXXXXXXXXXXXXXXXXXXXX1-13 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,215.12 | 1,215.12 | 110.28 | 1,325.40 |
|     Acct: XXXXX03AN | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 114.92 | 114.92 | 0.00 | 114.92 |
|     Acct: 3P75 | | | | |
|   WELLS FARGO BANK DBA WELLS FARGO | 6,548.97 | 6,548.97 | 950.49 | 7,499.46 |
|     Acct: 0948 | | | | |
| | | | | 59,765.51 |
| **Priority** | | | | |
|   JOAN SHINAVSKI ESQ | 1,025.00 | 1,025.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R. DEANOVICH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R. DEANOVICH | 748.62 | 748.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R. DEANOVICH | 2,097.22 | 2,097.22 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCKAY & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOAN SHINAVSKI ESQ | 1,850.00 | 1,850.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXX03AN | | | | |
| WEST JEFFERSON HILLS SD & JEFFERS | 4,428.35 | 4,428.35 | 0.00 | 4,428.35 |
| Acct: 2103 | | | | |
| WEST JEFFERSON HILLS SD & JEFFERS | 46.02 | 46.02 | 0.00 | 46.02 |
| Acct: XXX6187 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 13,531.05 | 0.00 | 13,531.05 |
| Acct: | | | | |
| | | | | 18,005.42 |
| **Unsecured** | | | | |
| ADVANCED CALL CENTER TECHNOLOGI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3535 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1542 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE NA** | 84.52 | 0.00 | 0.00 | 0.00 |
| Acct: 7361 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GAP/GE MONEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6069 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,412.44 | 0.00 | 0.00 | 0.00 |
| Acct: 3535 | | | | |
| LORD & TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GEMB / OLD NAVY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JAMES R DEANOVICH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7361 | | | | |
| KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7054 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3719 | | | | |
| PNC BANK NA | 187.23 | 0.00 | 0.00 | 0.00 |
| Acct: 3818 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| TALBOTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 521.25 | 0.00 | 0.00 | 0.00 |
| Acct: 4839 | | | | |
| TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WEST PENN POWER** | 270.60 | 0.00 | 0.00 | 0.00 |
| Acct: 2520 | | | | |
| WORLD FINCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FCNB PREFERRED CHARGE/SPIEGEL*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   PA DEPARTMENT OF REVENUE* | 5.10 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX03AN | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUANE MORRIS LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                77,770.93

TOTAL
  CLAIMED        4,474.37
  PRIORITY      20,208.13
  SECURED        2,481.14

Date: 04/24/2018                                    /s/ Ronda J. Winnecour

                                    RONDA J WINNECOUR PA ID #30399
                                    CHAPTER 13 TRUSTEE WD PA
                                    600 GRANT STREET
                                    SUITE 3250 US STEEL TWR
                                    PITTSBURGH, PA  15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES R. DEANOVICH
    ANGELA CORTAZZO DEANOVICH
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-20452

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                              BY THE COURT:

                              _____
                              U.S. BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 13-20452-GLT
James R. Deanovich                                                      Chapter 13
Angela Cortazzo Deanovich
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 3                   Date Rcvd: Apr 25, 2018
                               Form ID: pdf900              Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2018.
db/jdb         +James R. Deanovich,    Angela Cortazzo Deanovich,    2521 Ridge Road,
                 Finleyville, PA 15332-1513
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +HSBC Bank USA, National Association,    Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
cr             +Ocwen Loan Servicing, LLC,    c/o STern and Eisenberg,   1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3400
13559748        Advanced Call Center Technologies, LLC,    PO Box 9091,   Johnson City, TN 37615-9091
13559750       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,   El Paso, TX 79998)
13559751       +Berkheimer Tax Administrator,    50 North Seventh Street,   Bangor, PA 18013-1731
13559752       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    P.O. Box 85520,   Richmond, VA 23285)
13559753       +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
13645295        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13559754       +Chase,   10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13559755        Chase (FL5-7734),    PO Box 44090,   Jacksonville, FL 32231-4090
13559756       +Christopher A. DeNardo, Esq.,    Shapiro & DeNardo LLC,   3600 Horizon Drive Suite 150,
                 King of Prussia, PA 19406-4702
13559757        Comcast,   5211 Brownsville Road,    Pittsburgh, PA 15236-2701
13559758       +Comenity Bank/AnnTylr,    PO Box 182789,   Columbus, OH 43218-2789
13604134       +County of Allegheny,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13559759       +Creditech,   50 N. Seventh Street,    Bangor, PA 18013-1791
13559761        Erie Family Life Insurance,    100 Erie Insurance Place,   Erie, PA 16530-2222
13559762        Farmers Insurance Group,    c/o Larry K. Dolanch,   2000 Park Ln Dr #350,   Pittsburgh, PA 15275
13559768       +HSBC Bank USA, NA,   7255 Bay Meadows Way,    Jacksonville, FL 32256-6851
13937586       +HSBC Bank USA, National Association, as,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13647411       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13559769       +James R. Deanovich,    1417 Marion Drive,   Finleyville, PA 15332-1537
13692209       +Jefferson Hills Borough Sewage,    c/o Pa.M.S.,   336 Delaware Ave.,   Oakmont, PA 15139-2138
13559770        John Weinstein Allegheny Co. Treasurer,    Courthouse,   436 Grant Street,
                 Pittsburgh, PA 15219-2497
13562388       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13559776       +PNC Bank,   PO Box 5343,    MS #BR-YB58-01-8,   Cleveland, OH 44101-0343
13559774       +Pennsylvania Municipal Service Co.,    336 Delaware Avenue,   Oakmont, PA 15139-2138
13559775       +Peoples Natural Gas Company,    PO Box 535323,   Pittsburgh, PA 15253-5323
13559777       +Sears/Citibank,   PO Box 6282,    Sioux Falls, SD 57117-6282
13559781       +THD/CBSD,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
13559778       +Talbots,   175 Beal Street,    Hingham, MA 02043-1512
13559780       +Target National Bank,    c/o Target Credit Services,   P.O. Box 673,
                 Minneapolis, MN 55440-0673
13559779       +Target National Bank,    c/o Target Card Services,   PO Box 9500,   Minneapolis, MN 55440-9500
13559784       +WFNNB/Express,   PO Box 182789,    Columbus, OH 43218-2789
13559785        WFNNB/Spiegel,    PO Box 182789,   Columbus, OH 43218-2789
13592661        Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,   P.O. Box 19657,
                 Irvine, CA 92623-9657
13559782        Wells Fargo Dealer Services,    Attn: Correspondence - MAC T9017-026,   PO Box 168048,
                 Irving, TX 75016-8048
13691745       +West Jefferson Hills S.D.,    Jefferson Hills Boro,   c/o Pa.M.S.,
                 336 Delaware Ave., Dept. W-46,    Oakmont, PA 15139-2138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +Fax: 407-737-5634 Apr 26 2018 03:24:02      Ocwen Loan Servicing, LLC,   1661 Worthington Road,
                 Suite #100,   WEST PALM BEACH, FL 33409-6493
13559749        E-mail/Text: g20956@att.com Apr 26 2018 02:25:46     AT&T Wireless,   PO Box 6416,
                 Carol Stream, IL 60197-6416
14027583       +E-mail/Text: bankruptcy@consumerportfolio.com Apr 26 2018 02:25:22
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
13559760        E-mail/Text: mrdiscen@discover.com Apr 26 2018 02:24:00     Discover More Card,   PO Box 15316,
                 Wilmington, DE 19850-5316
13559763       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2018 02:33:38      GE Money Bank,
                 Attn: Bankruptcy Dept.,    PO Box 103104,   Roswell, GA 30076-9104
13559764       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2018 02:33:37      GE Money Bank/GAP,
                 P.O. Box 965005,   Orlando, FL 32896-5005
13559765       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2018 02:33:48      GE/JCPenney,   P.O. Box 965007,
                 Orlando, FL 32896-5007
13559766       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2018 02:33:37      GECRB/Lord & Taylor,
                 PO Box 965015,   Orlando, FL 32896-5015
```

```
District/off: 0315-2          User: jhel              Page 2 of 3            Date Rcvd: Apr 25, 2018
                              Form ID: pdf900         Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13559767       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2018 02:33:38      GEMB/OLD NAVY,   P.O. Box 965005,
                 Orlando, FL 32896-5005
13627468        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 26 2018 02:25:28      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13559771       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 26 2018 02:24:09      Kohl's,   PO Box 3115,
                 Milwaukee, WI 53201-3115
13559772       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 26 2018 02:24:09      Kohls/Capone,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
13905172       +Fax: 407-737-5634 Apr 26 2018 03:24:02      Ocwen Loan Servicing, LLC,
                 ATTN: Bankruptcy Department,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
13650100        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2018 02:32:19
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13559773        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2018 02:24:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13591621       +E-mail/Text: bncmail@w-legal.com Apr 26 2018 02:25:20      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13594424       +E-mail/Text: bncmail@w-legal.com Apr 26 2018 02:25:20      TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13559783        E-mail/Text: bankruptcy@firstenergycorp.com Apr 26 2018 02:25:12      West Penn Power,
                 76 South Main Street,    Akron, OH 44308-1890
13640664       +E-mail/Text: bankruptcy@firstenergycorp.com Apr 26 2018 02:25:12      West Penn Power,
                 1310 Fairmont Ave.,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             HSBC BANK USA, NATIONAL ASSOCIATION, as trustee fo
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr             Select Portfolio Servicing Inc. as servicing agent
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*           +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13574523*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                  TOTALS: 4, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              James  Warmbrodt     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as trustee for
               First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com

```
District/off: 0315-2               User: jhel                 Page 3 of 3                  Date Rcvd: Apr 25, 2018
                                   Form ID: pdf900            Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joan   Shinavski    on behalf of Debtor James R. Deanovich joan@mckaylaw.com, ann@mckaylaw.com;jshinavski@hotmail.com
          Joan   Shinavski    on behalf of Joint Debtor Angela Cortazzo Deanovich joan@mckaylaw.com, ann@mckaylaw.com;jshinavski@hotmail.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as trustee for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    HSBC Bank USA, National Association wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                                TOTAL: 13