**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James R. Deanovich** | Social Security number or ITIN **xxx−xx−2103** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Angela Cortazzo Deanovich** | Social Security number or ITIN **xxx−xx−6187** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **13−20452−GLT**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James R. Deanovich

Angela Cortazzo Deanovich
aka Angela Marie Cortazzo

6/15/18

**By the court:**   Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-20452-GLT
James R. Deanovich                                                  Chapter 13
Angela Cortazzo Deanovich
     Debtors               **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: dkam              Page 1 of 3              Date Rcvd: Jun 15, 2018
                              Form ID: 3180W          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
```
db/jdb         +James R. Deanovich,    Angela Cortazzo Deanovich,    2521 Ridge Road,
                 Finleyville, PA 15332-1513
cr             +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +HSBC Bank USA, National Association,     Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr             +Ocwen Loan Servicing, LLC,    c/o STern and Eisenberg,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
13559748        Advanced Call Center Technologies, LLC,     PO Box 9091,   Johnson City, TN 37615-9091
13559751       +Berkheimer Tax Administrator,    50 North Seventh Street,    Bangor, PA 18013-1731
13559754       +Chase,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13559755        Chase (FL5-7734),    PO Box 44090,   Jacksonville, FL 32231-4090
13559756       +Christopher A. DeNardo, Esq.,    Shapiro & DeNardo LLC,    3600 Horizon Drive Suite 150,
                 King of Prussia, PA 19406-4702
13559757        Comcast,   5211 Brownsville Road,    Pittsburgh, PA 15236-2701
13604134       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13559759       +Creditech,    50 N. Seventh Street,    Bangor, PA 18013-1791
13559761        Erie Family Life Insurance,    100 Erie Insurance Place,    Erie, PA 16530-2222
13559762        Farmers Insurance Group,    c/o Larry K. Dolanch,    2000 Park Ln Dr #350,    Pittsburgh, PA 15275
13559768       +HSBC Bank USA, NA,    7255 Bay Meadows Way,    Jacksonville, FL 32256-6851
13937586       +HSBC Bank USA, National Association, as,     Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13647411       +JPMorgan Chase Bank, National Association,     Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13559769       +James R. Deanovich,    1417 Marion Drive,    Finleyville, PA 15332-1537
13692209       +Jefferson Hills Borough Sewage,    c/o Pa.M.S.,    336 Delaware Ave.,    Oakmont, PA 15139-2138
13559770        John Weinstein Allegheny Co. Treasurer,     Courthouse,   436 Grant Street,
                 Pittsburgh, PA 15219-2497
13562388       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13559776       +PNC Bank,    PO Box 5343,   MS #BR-YB58-01-8,    Cleveland, OH 44101-0343
13559774       +Pennsylvania Municipal Service Co.,     336 Delaware Avenue,    Oakmont, PA 15139-2138
13559775       +Peoples Natural Gas Company,    PO Box 535323,    Pittsburgh, PA 15253-5323
13559778       +Talbots,    175 Beal Street,   Hingham, MA 02043-1512
13691745       +West Jefferson Hills S.D.,    Jefferson Hills Boro,    c/o Pa.M.S.,
                 336 Delaware Ave., Dept. W-46,    Oakmont, PA 15139-2138
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2018 01:36:38      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +Fax: 407-737-5634 Jun 16 2018 02:27:38      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite #100,    WEST PALM BEACH, FL 33409-6493
13559749        EDI: CINGMIDLAND.COM Jun 16 2018 05:28:00      AT&T Wireless,    PO Box 6416,
                 Carol Stream, IL 60197-6416
13559750        EDI: BANKAMER.COM Jun 16 2018 05:28:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998
13559752        EDI: CAPITALONE.COM Jun 16 2018 05:28:00      Capital One,    P.O. Box 85520,
                 Richmond, VA 23285
14027583       +E-mail/Text: bankruptcy@consumerportfolio.com Jun 16 2018 01:36:51
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13559753       +EDI: CAPITALONE.COM Jun 16 2018 05:28:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
13645295        EDI: BL-BECKET.COM Jun 16 2018 05:28:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13559758       +EDI: WFNNB.COM Jun 16 2018 05:28:00      Comenity Bank/AnnTylr,    PO Box 182789,
                 Columbus, OH 43218-2789
13559760        EDI: DISCOVER.COM Jun 16 2018 05:28:00      Discover More Card,    PO Box 15316,
                 Wilmington, DE 19850-5316
13559763       +EDI: RMSC.COM Jun 16 2018 05:28:00      GE Money Bank,    Attn: Bankruptcy Dept.,
                 PO Box 103104,    Roswell, GA 30076-9104
13559764       +EDI: RMSC.COM Jun 16 2018 05:28:00      GE Money Bank/GAP,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13559765       +EDI: RMSC.COM Jun 16 2018 05:28:00      GE/JCPenney,    P.O. Box 965007,    Orlando, FL 32896-5007
13559766       +EDI: RMSC.COM Jun 16 2018 05:28:00      GECRB/Lord & Taylor,    PO Box 965015,
                 Orlando, FL 32896-5015
13559767       +EDI: RMSC.COM Jun 16 2018 05:28:00      GEMB/OLD NAVY,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13627468        EDI: JEFFERSONCAP.COM Jun 16 2018 05:28:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
13559771       +EDI: CBSKOHLS.COM Jun 16 2018 05:28:00      Kohl's,    PO Box 3115,   Milwaukee, WI 53201-3115
13559772       +EDI: CBSKOHLS.COM Jun 16 2018 05:28:00      Kohls/Capone,    N56 W 17000 Ridgewood Drive,
                 Menomonee Falls, WI 53051-7096
```

```
District/off: 0315-2           User: dkam                  Page 2 of 3                   Date Rcvd: Jun 15, 2018
                               Form ID: 3180W              Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13905172       +Fax: 407-737-5634 Jun 16 2018 02:27:38      Ocwen Loan Servicing, LLC,
                 ATTN: Bankruptcy Department,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
13650100        EDI: PRA.COM Jun 16 2018 05:28:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13559773        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2018 01:36:38
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13559777       +EDI: SEARS.COM Jun 16 2018 05:28:00      Sears/Citibank,   PO Box 6282,
                 Sioux Falls, SD 57117-6282
13591621       +E-mail/Text: bncmail@w-legal.com Jun 16 2018 01:36:50      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13594424       +E-mail/Text: bncmail@w-legal.com Jun 16 2018 01:36:50      TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13559781       +EDI: CITICORP.COM Jun 16 2018 05:28:00      THD/CBSD,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
13559779       +EDI: WTRRNBANK.COM Jun 16 2018 05:28:00      Target National Bank,   c/o Target Card Services,
                 PO Box 9500,   Minneapolis, MN 55440-9500
13559780       +EDI: WTRRNBANK.COM Jun 16 2018 05:28:00      Target National Bank,   c/o Target Credit Services,
                 P.O. Box 673,   Minneapolis, MN 55440-0673
13559784       +EDI: WFNNB.COM Jun 16 2018 05:28:00      WFNNB/Express,   PO Box 182789,
                 Columbus, OH 43218-2789
13559785        EDI: WFNNB.COM Jun 16 2018 05:28:00      WFNNB/Spiegel,   PO Box 182789,
                 Columbus, OH 43218-2789
13592661        EDI: WFFC.COM Jun 16 2018 05:28:00      Wells Fargo Bank, N.A.,
                 dba Wells Fargo Dealer Services,   P.O. Box 19657,   Irvine, CA 92623-9657
13559782        EDI: WFFC.COM Jun 16 2018 05:28:00      Wells Fargo Dealer Services,
                 Attn: Correspondence - MAC T9017-026,   PO Box 168048,   Irving, TX 75016-8048
13559783        E-mail/Text: bankruptcy@firstenergycorp.com Jun 16 2018 01:36:46      West Penn Power,
                 76 South Main Street,   Akron, OH 44308-1890
13640664       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 16 2018 01:36:46      West Penn Power,
                 1310 Fairmont Ave.,   Fairmont, WV 26554-3526
                                                                                               TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             HSBC BANK USA, NATIONAL ASSOCIATION, as trustee fo
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr             Select Portfolio Servicing Inc. as servicing agent
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*            +TD Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13574523*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                          TOTALS: 4, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                           Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: dkam              Page 3 of 3              Date Rcvd: Jun 15, 2018
                              Form ID: 3180W          Total Noticed: 59
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:

```
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              James    Warmbrodt     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as trustee for
               First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Joan   Shinavski    on behalf of Debtor James R. Deanovich joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Joan   Shinavski    on behalf of Joint Debtor Angela Cortazzo Deanovich joan@mckaylaw.com,
               ann@mckaylaw.com;jshinavski@hotmail.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
               Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as trustee
               for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC
               seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    HSBC Bank USA, National Association
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                               TOTAL: 13
```