FILED
6/15/18 7:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES R. DEANOVICH
ANGELA CORTAZZO DEANOVICH
  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:13-20452

Chapter 13

Related to Dkt. No. 152

ORDER OF COURT

AND NOW, this 15th day of June, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

U.S. BANKRUPTCY JUDGE
cgt

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-20452-GLT
James R. Deanovich                                                      Chapter 13
Angela Cortazzo Deanovich
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam                 Page 1 of 3             Date Rcvd: Jun 15, 2018
                              Form ID: pdf900            Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
```
db/jdb         +James R. Deanovich,    Angela Cortazzo Deanovich,    2521 Ridge Road,
                 Finleyville, PA 15332-1513
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +HSBC Bank USA, National Association,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr             +Ocwen Loan Servicing, LLC,    c/o STern and Eisenberg,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
13559748        Advanced Call Center Technologies, LLC,    PO Box 9091,    Johnson City, TN 37615-9091
13559750       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
13559751       +Berkheimer Tax Administrator,    50 North Seventh Street,    Bangor, PA 18013-1731
13645295        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13559754       +Chase,   10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
13559755        Chase (FL5-7734),    PO Box 44090,    Jacksonville, FL 32231-4090
13559756       +Christopher A. DeNardo, Esq.,    Shapiro & DeNardo LLC,    3600 Horizon Drive Suite 150,
                 King of Prussia, PA 19406-4702
13559757        Comcast,   5211 Brownsville Road,    Pittsburgh, PA 15236-2701
13559758       +Comenity Bank/AnnTylr,    PO Box 182789,    Columbus, OH 43218-2789
13604134       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13559759       +Creditech,    50 N. Seventh Street,    Bangor, PA 18013-1791
13559761        Erie Family Life Insurance,    100 Erie Insurance Place,    Erie, PA 16530-2222
13559762        Farmers Insurance Group,    c/o Larry K. Dolanch,    2000 Park Ln Dr #350,    Pittsburgh, PA 15275
13559768       +HSBC Bank USA, NA,    7255 Bay Meadows Way,    Jacksonville, FL 32256-6851
13937586       +HSBC Bank USA, National Association, as,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13647411       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13559769       +James R. Deanovich,    1417 Marion Drive,    Finleyville, PA 15332-1537
13692209       +Jefferson Hills Borough Sewage,    c/o Pa.M.S.,    336 Delaware Ave.,    Oakmont, PA 15139-2138
13559770        John Weinstein Allegheny Co. Treasurer,    Courthouse,    436 Grant Street,
                 Pittsburgh, PA 15219-2497
13562388       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13559776       +PNC Bank,    PO Box 5343,    MS #BR-YB58-01-8,    Cleveland, OH 44101-0343
13559774       +Pennsylvania Municipal Service Co.,    336 Delaware Avenue,    Oakmont, PA 15139-2138
13559775       +Peoples Natural Gas Company,    PO Box 535323,    Pittsburgh, PA 15253-5323
13559777       +Sears/Citibank,    PO Box 6282,    Sioux Falls, SD 57117-6282
13559781       +THD/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13559778       +Talbots,    175 Beal Street,    Hingham, MA 02043-1512
13559780       +Target National Bank,    c/o Target Credit Services,    P.O. Box 673,
                 Minneapolis, MN 55440-0673
13559779       +Target National Bank,    c/o Target Card Services,    PO Box 9500,    Minneapolis, MN 55440-9500
13559784       +WFNNB/Express,    PO Box 182789,    Columbus, OH 43218-2789
13559785        WFNNB/Spiegel,    PO Box 182789,    Columbus, OH 43218-2789
13592661        Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
                 Irvine, CA 92623-9657
13559782        Wells Fargo Dealer Services,    Attn: Correspondence - MAC T9017-026,    PO Box 168048,
                 Irving, TX 75016-8048
13691745       +West Jefferson Hills S.D.,    Jefferson Hills Boro,    c/o Pa.M.S.,
                 336 Delaware Ave., Dept. W-46,    Oakmont, PA 15139-2138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +Fax: 407-737-5634 Jun 16 2018 02:27:38    Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite #100,    WEST PALM BEACH, FL 33409-6493
13559749        E-mail/Text: g20956@att.com Jun 16 2018 01:37:01      AT&T Wireless,    PO Box 6416,
                 Carol Stream, IL 60197-6416
13559752        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2018 01:48:31      Capital One,
                 P.O. Box 85520,    Richmond, VA 23285
14027583       +E-mail/Text: bankruptcy@consumerportfolio.com Jun 16 2018 01:36:51
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13559753        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2018 01:48:30      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
13559758       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2018 01:36:22      Comenity Bank/AnnTylr,
                 PO Box 182789,    Columbus, OH 43218-2789
13559760        E-mail/Text: mrdiscen@discover.com Jun 16 2018 01:36:11      Discover More Card,    PO Box 15316,
                 Wilmington, DE 19850-5316
13559763       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 01:48:27      GE Money Bank,
                 Attn: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
13559764       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 01:49:11      GE Money Bank/GAP,
                 P.O. Box 965005,    Orlando, FL 32896-5005
13559765       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 01:49:10      GE/JCPenney,    P.O. Box 965007,
                 Orlando, FL 32896-5007
```

```
District/off: 0315-2          User: dkam              Page 2 of 3                 Date Rcvd: Jun 15, 2018
                              Form ID: pdf900         Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13559766       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 01:49:10      GECRB/Lord & Taylor,
                 PO Box 965015,    Orlando, FL 32896-5015
13559767       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2018 01:48:49      GEMB/OLD NAVY,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13627468        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 16 2018 01:36:53     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13559771       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 16 2018 01:36:14      Kohl's,   PO Box 3115,
                 Milwaukee, WI 53201-3115
13559772       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 16 2018 01:36:14      Kohls/Capone,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
13905172       +Fax: 407-737-5634 Jun 16 2018 02:27:38      Ocwen Loan Servicing, LLC,
                 ATTN: Bankruptcy Department,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
13650100        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2018 01:48:52
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13559773        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2018 01:36:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13591621       +E-mail/Text: bncmail@w-legal.com Jun 16 2018 01:36:50     TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13594424       +E-mail/Text: bncmail@w-legal.com Jun 16 2018 01:36:50     TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13559784       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2018 01:36:22      WFNNB/Express,
                 PO Box 182789,    Columbus, OH 43218-2789
13559785        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 16 2018 01:36:22      WFNNB/Spiegel,
                 PO Box 182789,    Columbus, OH 43218-2789
13559783        E-mail/Text: bankruptcy@firstenergycorp.com Jun 16 2018 01:36:46      West Penn Power,
                 76 South Main Street,    Akron, OH 44308-1890
13640664       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 16 2018 01:36:46      West Penn Power,
                 1310 Fairmont Ave.,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             HSBC BANK USA, NATIONAL ASSOCIATION, as trustee fo
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr             Select Portfolio Servicing Inc. as servicing agent
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                ST CLOUD, MN  56302-9617)
cr*            +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13574523*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                 TOTALS: 4, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dkam              Page 3 of 3            Date Rcvd: Jun 15, 2018
                              Form ID: pdf900         Total Noticed: 58
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:

```
          Christopher A. DeNardo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
           al... pabk@logs.com
          James   Warmbrodt    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as trustee for
           First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Joan   Shinavski    on behalf of Debtor James R. Deanovich joan@mckaylaw.com,
           ann@mckaylaw.com;jshinavski@hotmail.com
          Joan   Shinavski    on behalf of Joint Debtor Angela Cortazzo Deanovich joan@mckaylaw.com,
           ann@mckaylaw.com;jshinavski@hotmail.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
           agent for HSBC Bank USA, National Association, as Trustee for First NLC Trust 2005-4
           Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as trustee
           for First NLC Trust 2005-4 Mortgage-Backed Certificates, Series 2005-4 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC
           seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    HSBC Bank USA, National Association
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 13
```